IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TIMOTHY AKERS, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**COSTCO WHOLESALE CORPORATION,**<br><br>Defendant. | Case No. 3:21-CV-01098-NJR |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of September 29, 2022 (Doc. 19), and Plaintiff's Notice of Voluntary Dismissal dated October 20, 2022 (Doc. 20), this action is **DISMISSED without prejudice**.

DATED:  October 21, 2022

                                                MONICA A. STUMP,
                                              Clerk of Court

                                              By:  s/ *Deana Brinkley*
                                                      Deputy Clerk

APPROVED:  _____
                     **NANCY J. ROSENSTENGEL**
                     **Chief U.S. District Judge**